

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00169-CV

**IN THE INTEREST OF C.J.P.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13590
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  September 28, 2016

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM